IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEWART INFORMATION SERVICES CORPORATION AND STEWART TITLE GUARANTY COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> GREAT AMERICAN INSURANCE COMPANY, <br><br> Defendant. | § § § § § § § § § § § § § CIVIL ACTION NO. H-11-2951 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Amended Memorandum and Recommendation dated January 23, 2014, and the objections and responses filed thereto, the court is of the opinion that said Amended Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Amended Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 12th day of February, 2014.

SIM LAKE
UNITED STATES DISTRICT JUDGE